UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AD.COM INTERACTIVE MEDIA, INC., a California corporation, and DANIEL E. BIBI, an individual,<br><br>          Plaintiffs,<br><br>     vs.<br><br>CONTINENTAL CASUALTY CO., an Illinois Insurance Company,<br><br>          Defendant. | Case No.:  2:20-cv-4470-JFW-MRW<br><br>Hon. John F. Walter<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE [23]** |

# ORDER DISMISSING ACTION

Before the Court is the parties' Stipulation to Dismiss Without Prejudice. For good cause shown, the parties' stipulation is APPROVED, and the Court Orders that:

This insurance coverage suit is dismissed without prejudice. The parties shall each bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: December 9, 2020

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE